| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | FRANK KENNAMER (SBN 157844) |
| 2 | NEHA NISSEN (SBN 190848) |
|   | TROY SAURO (SBN 224097) |
| 3 | RACHEL H. SOMMOVILLA (SBN 231529) |
|   | Three Embarcadero Center |
| 4 | San Francisco, California  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
|   | Attorneys for WAMM Plaintiffs |
| 6 | |
|   | GERALD UELMEN (SBN 39909) |
| 7 | Santa Clara University School of Law |
|   | 500 El Camino Real |
| 8 | Santa Clara, California 95053 |
|   | Telephone:  408.554.5729 |
| 9 | Facsimile:  408.554.4426 |
|   | Attorney for County of Santa Cruz |
| 10 | and WAMM Plaintiffs |
| 11 | Additional Counsel Listed on Signature Page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CRUZ, CALIFORNIA; CITY OF SANTA CRUZ, CALIFORNIA; VALERIE CORRAL; ELADIO V. ACOSTA; JAMES DANIEL BAEHR; MICHAEL CHESLOSKY; JENNIFER LEE HENTZ; DOROTHY GIBBS; HAROLD F. MARGOLIN; and WO/MEN'S ALLIANCE FOR MEDICAL MARIJUANA | Case No.: 03-CV-1802 JF  **STIPULATION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT**  No hearing requested |
| Plaintiffs, | Complaint Filed:   April 23, 2003 |
| v. | Judge:   Hon. Jeremy Fogel |
| ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT

SF/21644102.1

Plaintiffs and Defendants, through their counsel of record, stipulate as follows:

1. On April 21, 2004, this Court issued an Order Granting Plaintiffs' Motion for Reconsideration, granting Plaintiffs leave to amend the complaint within 90 days. (Docket No. 96).

2. On May 10, 2004, this Court stayed this action "pending the outcome of the Government's Petition for Writ of Certiorari to the United States Supreme Court in *Raich v. Ashcroft*, Ninth Cir. Case No. 03-15481, the Ninth Circuit's decision in the Related Case of *Wo/Men's Alliance for Medical Marijuana, et al., v. United States*, Ninth Cir. Case No. 03-15062, and any subsequent petitions and or appeals in those cases." (Docket No. 104)

3. On September 20, 2005, the Ninth Circuit reversed this Court's grant of a preliminary injunction in the above-captioned case, granting the Appellants' unopposed motion for summary disposition.

4. Plaintiffs currently must file an amended complaint on or before November 30, 2004.[1]

5. Since the filing of the original Complaint over two years ago, facts and circumstances relevant to this action have changed, including the deaths of two of the named member-plaintiffs. Plaintiffs' counsel have been interviewing members and gathering information necessary to amend the Complaint. Due to the length in time since the original Complaint was filed, Plaintiffs' counsel anticipates that additional time is needed to complete its fact gathering and amendments to Plaintiffs' Complaint.

6. Plaintiffs hereby request that the Court enter an Order extending Plaintiffs' time to file an amended complaint to January 30, 2006. Defendants do not oppose Plaintiffs' request.

---

[1] 19 of Plaintiffs' 90 days to file an amended complaint elapsed from April 21 through May 10, 2004. November 30, 2005 is 71 days from September 20, 2005, the date the stay imposed by the Court's May 10, 2004 Order was lifted.

| | | |
|---|---|---|
| 1 | DATED: November 22, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Frank Kennamer |
| | | Attorneys for WAMM Plaintiffs |
| 5 | DATED: November 22, 2005 | |
| 6 | | |
| 7 | | |
| 8 | | By: /s/ |
| | | Gerald Uelmen |
| 9 | | Attorneys for County of Santa Cruz and WAMM Plaintiffs |
| 10 | DATED: November 22, 2005 | ATCHISON, BARISONE & CONDOTTI |
| 11 | | |
| 12 | | By: /s/ |
| 13 | | John Barisone |
| | | Attorneys for City of Santa Cruz |

Benjamin Rice (SBN 98551)
331 Soquel Avenue, Suite 203
Santa Cruz, California 95062
Telephone: 831.425.0555
Facsimile: 831.459.9815

Attorney for County of Santa Cruz
and WAMM Plaintiffs


John Barisone (SBN 87831)
333 Church Street
Santa Cruz, California 95060
Telephone: 831.423.8383
Facsimile: 831.423.9401

Attorney for City of Santa Cruz, California

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT

2

SF/21644102.1

| | |
|---|---|
| 1 | |
| 2 | Graham Boyd (SBN 167727)<br>Allen Hopper (SBN 181678) |
| 3 | ACLU Drug Law Reform Project<br>1101 Pacific Avenue, Suite 333<br>Santa Cruz, CA 95060 |
| 4 | Attorneys for WAMM |

DATED: November 16, 2005          UNITED STATES ATTORNEY'S OFFICE


By:   /s/
           Mark T. Quinlivan
           Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Nov. 28, 2005

           s/electronic signature authorized
           Hon. Jeremy Fogel
           U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT
3

SF/21644102.1