\*\*E-filed 2/14/06\*\*

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
ARTHUR R. GOLDBERG
MARK T. QUINLIVAN (D.C. BN 442782)
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Telephone: (617) 748-3606

Attorneys for Official-Capacity Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS, <br><br> Defendants. | Nos. C 03-1802 JF **CONSOLIDATED** <br> MC 02-7012 JF <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR RULE 12(b) MOTION TO FIRST AMENDED COMPLAINT** <br><br> No Hearing requested. |

    Plaintiffs, by and through their undersigned counsel, and Defendants Alberto Gonzales, Attorney General of the United States; Karen P. Tandy, Administrator of the Drug Enforcement Administration; and John P. Walters, Director of the Office of National Drug Control Policy (collectively the "Official-Capacity Defendants"), hereby stipulate as follows:

    1.  On January 30, 2006, plaintiffs filed a First Amended Complaint for Permanent Injunctive Relief, Declaratory Relief, and Damages. The Official-Capacity Defendants answer or Rule 12(b) motion is currently due on this date, February 13, 2006.

Stipulation and Order Extending Time to File Answer or
Rule 12(b) Motion to First Amended Complaint
Nos. C 03-1802 JF, MC 02-7012 JF **Consolidated**

2. Counsel for the Official-Capacity Defendants requires additional time to prepare an anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b); and to discuss a proposed briefing schedule with counsel for the plaintiffs.

3. The Official-Capacity Defendants hereby request that the Court enter an Order extending the Official-Capacity Defendants time to answer or file a Rule 12(b) motion to dismiss by fourteen (14) days, or until February 27, 2006. Plaintiffs do not oppose this request.

Respectfully submitted:

The Plaintiffs,                                         The Official-Capacity Defendants,

/s/ Frank Kennamer                                      /s/ Mark T. Quinlivan
FRANK KENNAMER                                          MARK T. QUINLIVAN
NEHA NISSEN                                             Assistant U.S. Attorney
TROY SAURO                                              John Joseph Moakley U.S. Courthouse
RACHEL H. SOMMOVILLA                                    1 Courthouse Way, Suite 9200
Bingham McCutchen LLP                                   Boston, MA  02210
Three Embarcadero Center                                (617) 748-3606
San Francisco, CA 94111-4067
(415) 393-2000

Dated: February 13, 2006

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 2/14/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Stipulation and Order Extending Time to File Answer or
Rule 12(b) Motion to First Amended Complaint
Nos. C 03-1802 JF, MC 02-7012 JF **Consolidated**       - 2 -