**E-filed 3/2/06**

BINGHAM McCUTCHEN LLP
FRANK KENNAMER (SBN 157844)
NEHA NISSEN (SBN 190848)
TROY SAURO (SBN 224097)
RACHEL H. SOMMOVILLA (SBN 231529)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
Attorneys for WAMM Plaintiffs

GERALD UELMEN (SBN 39909)
Santa Clara University School of Law
500 El Camino Real
Santa Clara, California 95053
Telephone: 408.554.5729
Facsimile: 408.554.4426
Attorney for County of Santa Cruz
and WAMM Plaintiffs

Additional Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CRUZ, CALIFORNIA; CITY OF SANTA CRUZ, CALIFORNIA; VALERIE CORRAL; ELADIO V. ACOSTA; JAMES DANIEL BAEHR; MICHAEL CHESLOSKY; JENNIFER LEE HENTZ; DOROTHY GIBBS; HAROLD F. MARGOLIN; and WO/MEN'S ALLIANCE FOR MEDICAL MARIJUANA<br><br>Plaintiffs,<br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS,<br><br>Defendants. | Case No.: 03-CV-1802 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE**<br><br>No hearing requested<br><br>Complaint Filed: April 23, 2003<br>Judge: Hon. Jeremy Fogel |

Plaintiffs and Defendants, by and through their counsel of record, stipulate as follows:

1. On January 30, 2006, Plaintiffs filed a First Amended Complaint for Permanent Injunctive Relief, Declaratory Relief, and Damages.

2. Defendants previously requested an additional 14 days to file a 12(b)(6) motion to dismiss. Plaintiffs did not oppose this request, and the Court subsequently extended Defendants' time to file such a motion to February 27, 2006. Defendants filed their Motion to Dismiss on February 27, 2006.

3. The parties have agreed to the following briefing and hearing schedule for Official-Capacity Defendants' Motion to Dismiss: Plaintiffs shall oppose Defendants' Motion on or before March 27, 2006; Defendants shall file a reply brief on or before April 10, 2006; and the Court shall hold a hearing on Defendants' Motion on May 12, 2006.

6. Plaintiffs and Defendants hereby request that the Court enter an Order: (a) extending Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss to March 27, 2006; (b) extending Defendants' time to file a reply brief to April 10, 2006; and (c) setting a hearing on Defendants' Motion for May 12, 2006.

DATED: March 1, 2006

BINGHAM McCUTCHEN LLP

By: /s/
Frank Kennamer
Attorneys for WAMM Plaintiffs

Benjamin Rice (SBN 98551)
331 Soquel Avenue, Suite 203
Santa Cruz, California 95062
Telephone: 831.425.0555
Facsimile: 831.459.9815

Attorney for County of Santa Cruz and WAMM Plaintiffs

Gerald Uelmen (SBN 39909)
Santa Clara University School of Law
500 El Camino Real
Santa Clara, California 95053
Telephone: 408.554.5729
Facsimile: 408.554.4426

Attorney for County of Santa Cruz and WAMM Plaintiffs

John Barisone (SBN 87831)
333 Church Street
Santa Cruz, California 95060
Telephone: 831.423.8383
Facsimile: 831.423.9401

Attorney for City of Santa Cruz, California

Daniel Abrahamson (SBN 158668)
Drug Policy Alliance
717 Washington Street
Oakland, California 94607
Telephone: 510.208.7711
Facsimile: 510.208.7722

Attorney for WAMM Plaintiffs

Graham Boyd (SBN 167727)
Allen Hopper (SBN 181678)
ACLU Drug Law Reform Project
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 95060
Attorneys for WAMM

DATED: March 1, 2006

UNITED STATES ATTORNEY'S OFFICE

By: /s/
Mark T. Quinlivan
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 2, 2006

Hon. Jeremy Fogel
U.S. District Court Judge