**E-filed 3/24/06**

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
ARTHUR R. GOLDBERG
MARK T. QUINLIVAN (D.C. BN 442782)
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Telephone: (617) 748-3606

Attorneys for Official-Capacity Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS, <br><br> Defendants. | Nos. C 03-1802 JF   **CONSOLIDATED** <br> MC 02-7012 JF <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> No Hearing requested. |

    Plaintiffs, by and through their undersigned counsel, and Defendants Alberto Gonzales, Attorney General of the United States; Karen P. Tandy, Administrator of the Drug Enforcement Administration; and John P. Walters, Director of the Office of National Drug Control Policy (collectively the "Official-Capacity Defendants"), hereby stipulate that the Case Management Conference, currently scheduled for **March 24, 2006, at 10:30 a.m.**, be continued until the hearing on the Federal Defendants' Motion to Dismiss, scheduled for **May 12, 2006, at 9:00 a.m.**, or until such later date as the Court deems fit.

Stipulation and Order Continuing Case Management Conference
Nos. C 03-1802 JF, MC 02-7012 JF **Consolidated**

| | |
|---|---|
| | Respectfully submitted: |
| The Plaintiffs, | The Official-Capacity Defendants, |
| /s/ Frank Kennamer<br>FRANK KENNAMER<br>NEHA NISSEN<br>TROY SAURO<br>RACHEL H. SOMMOVILLA<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000 | /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3606 |

Dated: March 23, 2006

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   3/24/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE