PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
ARTHUR R. GOLDBERG
MARK T. QUINLIVAN (D.C. BN 442782)
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Telephone: (617) 748-3606

Attorneys for Official-Capacity Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS, <br><br> Defendants. | Nos. C 03-1802 JF **CONSOLIDATED** <br> MC 02-7012 JF <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM** <br><br> No Hearing requested. |

    Plaintiffs, by and through their undersigned counsel, and Defendants Alberto Gonzales, Attorney General of the United States; Karen P. Tandy, Administrator of the Drug Enforcement Administration; and John P. Walters, Director of the Office of National Drug Control Policy (collectively the "Official-Capacity Defendants"), hereby stipulate as follows:

    1. On February 27, 2006, the Official-Capacity Defendants filed a motion to dismiss the plaintiffs' First Amended Complaint. Plaintiffs filed an opposition on March 27, 2006. The Official-Capacity Defendants' reply memorandum is currently due on this date, April 10, 2006.

1     2. Counsel for the Official-Capacity Defendants requires an additional two days in which to complete the reply memorandum. .

3     3. The Official-Capacity Defendants therefore request that the Court enter an Order extending the Official-Capacity Defendants time to file a reply memorandum in support of their motion to dismiss by two days, or until April 12, 2006. Plaintiffs do not oppose this request.

Respectfully submitted:

The Plaintiffs,                                             The Official-Capacity Defendants,

/s/ Troy Sauro                                              /s/ Mark T. Quinlivan
FRANK KENNAMER                                              MARK T. QUINLIVAN
NEHA NISSEN                                                 Assistant U.S. Attorney
TROY SAURO                                                  John Joseph Moakley U.S. Courthouse
RACHEL H. SOMMOVILLA                                        1 Courthouse Way, Suite 9200
Bingham McCutchen LLP                                       Boston, MA  02210
Three Embarcadero Center                                    (617) 748-3606
San Francisco, CA 94111-4067
(415) 393-2000

Dated: April 10, 2006

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   4/27/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE