\*\*E-filed 5/4/06\*\*

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
ARTHUR R. GOLDBERG
MARK T. QUINLIVAN (D.C. BN 442782)
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Telephone: (617) 748-3606

Attorneys for Official-Capacity Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS, <br><br> Defendants. | Nos. C 03-1802 JF    **CONSOLIDATED** <br> MC 02-7012 JF <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE** <br><br> No Hearing requested. |

    Plaintiffs, by and through their undersigned counsel, and Defendants Alberto Gonzales, Attorney General of the United States; Karen P. Tandy, Administrator of the Drug Enforcement Administration; and John P. Walters, Director of the Office of National Drug Control Policy by and through their undersigned counsel, hereby stipulate to the following briefing schedule regarding Defendants' intention to file a motion to dismiss the Fifth Cause of Action in Plaintiff's First Amended Complaint, which is raised against 30 Unknown Drug Enforcement Agents, and further stipulate to continue the hearing and Case Management Conference on the Defendants' pending motion to dismiss, currently scheduled for **May 12, 2006, at 3:00 p.m.**, until **June 23, 2006, at 9:00 a.m.**, or at a time to be determined by the Court, so that the motions can be heard together.

WHEREFORE, the parties hereby stipulate to the following:

1. Defendants shall file a motion to dismiss the Fifth Cause of Action in Plaintiff's First Amended Complaint on or before **May 5, 2006**;

2. Plaintiffs shall file an opposition on or before **May 26, 2006**;

3. Defendants shall file a reply, if any, on or before **June 2, 2006**;

4. A hearing on Defendants' motion to dismiss the Fifth Cause of Action in Plaintiff's First Amended Complaint shall be heard on **June 23, 2006, a 9:00 a.m.**, or at a time to be determined by the Court.

5. The hearing and Case Management Conference on Defendants' pending motion to dismiss the First, Second, Third, Fourth, and Sixth Causes of Action in Plaintiffs' First Amended Complaint, currently scheduled for **May 12, 2006, at 3:00 p.m.**, shall be continued until **June 23, 2006, a 9:00 a.m.**, or at a time to be determined by the Court, so that the motions may be heard together;

6. The Case Management Conference, currently scheduled for **May 12, 2006, immediately following the hearing scheduled for the same date at 3:00 p.m.**, be continued until after the consolidated hearing on the defendants' motions to dismiss scheduled for **June 23, 2006, at 9:00 a.m.**, or a time to be determined by the Court, or until such later date as the Court deems fit.

Respectfully submitted:

The Plaintiffs,                                  The Defendants,

 /s/ Rachel H. Sommovilla                         /s/ Mark T. Quinlivan
FRANK KENNAMER                                   MARK T. QUINLIVAN
NEHA NISSEN                                      Assistant U.S. Attorney
TROY SAURO                                       John Joseph Moakley U.S. Courthouse
RACHEL H. SOMMOVILLA                             1 Courthouse Way, Suite 9200
Bingham McCutchen LLP                            Boston, MA  02210
Three Embarcadero Center                         (617) 748-3606
San Francisco, CA 94111-4067
(415) 393-2000

Dated: May 3, 2006

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED

    Dated:  5/3/06

    _____
4              JEREMY FOGEL
        UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28