**E-filed 5/30/06**

1  BINGHAM McCUTCHEN LLP
   FRANK KENNAMER (SBN 157844)
2  NEHA NISSEN (SBN 190848)
   TROY SAURO (SBN 224097)
3  RACHEL H. SOMMOVILLA (SBN 231529)
   Three Embarcadero Center
4  San Francisco, California  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286
   Attorneys for WAMM Plaintiffs
6
   GERALD UELMEN (SBN 39909)
7  Santa Clara University School of Law
   500 El Camino Real
8  Santa Clara, California 95053
   Telephone:  408.554.5729
9  Facsimile:  408.554.4426
   Attorney for County of Santa Cruz
10 and WAMM Plaintiffs

11 Additional Counsel Listed on Signature Page

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15 | COUNTY OF SANTA CRUZ, CALIFORNIA; CITY OF SANTA CRUZ, CALIFORNIA; VALERIE CORRAL; ELADIO V. ACOSTA; JENNIFER LEE HENTZ; HAROLD F. MARGOLIN; LEVI CASTRO; DOROTHY GIBBS; JAMES DANIEL BAEHR; MICHAEL CHESLOSKY and WO/MEN'S ALLIANCE FOR MEDICAL MARIJUANA, | Case No.: 03-CV-1802 JF

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIFTH CAUSE OF ACTION**

           Plaintiffs,
        v.                                    No hearing requested

ALBERTO R. GONZALES, Attorney General of      Complaint Filed:   April 23, 2003
the United States; KAREN P. TANDY,            Judge:    Hon. Jeremy Fogel
Administrator of the Drug Enforcement
Administration; JOHN P. WALTERS, Director of
the Office of National Drug Control Policy; and
30 UNKNOWN DRUG ENFORCEMENT
ADMINISTRATION AGENTS,

           Defendants.

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' FIFTH CAUSE OF ACTION

SF/21671482.1

1  Plaintiffs and Defendants, by and through their counsel of record, stipulate as
2  follows:
3      1.    On May 5, 2006, Defendants filed a Motion to Dismiss Plaintiffs' Fifth
4  Cause of Action ("Motion"), as pled in their First Amended Complaint for Permanent Injunctive
5  Relief, Declaratory Relief, and Damages.
6      2.    The parties agreed on a briefing schedule requiring an Opposition to
7  Defendants' Motion on May 26, 2006.
8      3.    The parties have agreed to the extend Plaintiffs' time to oppose
9  Defendants' Motion until June 2, 2006.
10     6.    Plaintiffs and Defendants hereby request that the Court enter an Order:  (a)
11 extending Plaintiffs' time to file an opposition to Defendants' Motion to June 2, 2006.
12
13 DATED:  May 26, 2006                                    BINGHAM McCUTCHEN LLP
14
15                                                                              By:      /s/
16                                                                                    Frank Kennamer
                                                                                    Attorneys for WAMM Plaintiffs
17 Benjamin Rice (SBN 98551)                               Gerald Uelmen (SBN 39909)
   331 Soquel Avenue, Suite 203                            Santa Clara University School of Law
18 Santa Cruz, California 95062                            500 El Camino Real
   Telephone: 831.425.0555                                 Santa Clara, California 95053
19 Facsimile: 831.459.9815                                 Telephone:  408.554.5729
                                                           Facsimile:  408.554.4426
20 Attorney for County of Santa Cruz
   and WAMM Plaintiffs                                     Attorney for County of Santa Cruz and
21                                                         WAMM Plaintiffs
22 John Barisone (SBN 87831)                               Daniel Abrahamson (SBN 158668)
   333 Church Street                                       Drug Policy Alliance
23 Santa Cruz, California 95060                            717 Washington Street
   Telephone: 831.423.8383                                 Oakland, California 94607
24 Facsimile: 831.423.9401                                 Telephone: 510.208.7711
                                                           Facsimile:  510.208.7722
25 Attorney for City of Santa Cruz, California
                                                           Attorney for WAMM Plaintiffs
26
27
28 STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS'
   MOTION TO DISMISS PLAINTIFFS' FIFTH CAUSE OF ACTION
   1

1  Graham Boyd (SBN 167727)
2  Allen Hopper (SBN 181678)
   ACLU Drug Law Reform Project
3  1101 Pacific Avenue, Suite 333
   Santa Cruz, CA 95060
4  Attorneys for WAMM

5

6  DATED: March 1, 2006                    UNITED STATES ATTORNEY'S OFFICE

7

8                                          By: __/s/_____
                                                  Mark T. Quinlivan
9                                                 Attorneys for Defendants

10

11 PURSUANT TO STIPULATION, IT IS SO ORDERED.

12 DATED:  __May 30_____, 2006

13                                         _____
                                           Hon. Jeremy Fogel
14                                         U.S. District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS'
    MOTION TO DISMISS PLAINTIFFS' FIFTH CAUSE OF ACTION
                                           2

SF/21671482.1