**\*\*E-filed 10/2/06\*\***

1    BINGHAM McCUTCHEN LLP
     FRANK KENNAMER (SBN 157844)
2    NEHA SHAH NISSEN (SBN 190848)
     TROY SAURO (SBN 224097)
3    RACHEL SOMMOVILLA (SBN 231529)
     Three Embarcadero Center
4    San Francisco, California  94111-4067
     Telephone:  415.393.2000
5    Facsimile:  415.393.2286

6    Attorneys for WAMM Plaintiffs

7    GERALD UELMEN (SBN 39909)
     Santa Clara University School of Law
8    500 El Camino Real
     Santa Clara, California 95053
9    Telephone:  408.554.5729
     Facsimile:  408.554.4426

10

     Attorney for County of Santa Cruz
11   and WAMM Plaintiffs

12   Additional Counsel Listed on Signature Page

13                        **UNITED STATES DISTRICT COURT**

14                      **NORTHERN DISTRICT OF CALIFORNIA**

15                              **SAN JOSE DIVISION**

16

17   COUNTY OF SANTA CRUZ, CALIFORNIA;          Case No.: 03-CV-1802 JF
     CITY OF SANTA CRUZ, CALIFORNIA;
18   VALERIE CORRAL; ELADIO V. ACOSTA;          **STIPULATION AND [~~PROPOSED~~]**
     JENNIFER LEE HENTZ; HAROLD F.              **ORDER TO RESCHEDULE CASE**
19   MARGOLIN; LEVI CASTRO; DOROTHY             **MANAGEMENT CONFERENCE**
     GIBBS; JAMES DANIEL BAEHR; MICHAEL
20   CHESLOSKY and WO/MEN'S ALLIANCE
     FOR MEDICAL MARIJUANA,
21                                              Date:      October 13, 2006
                Plaintiffs,                     Time:      10:30 a.m.
22                                              Place:     Courtroom 3, Fifth Floor
          v.                                    Judge:     Honorable Jeremy Fogel
23
     ALBERTO R. GONZALES, Attorney General of
24   the United States; KAREN P. TANDY,
     Administrator of the Drug Enforcement
25   Administration; JOHN P. WALTERS, Director of
     the Office of National Drug Control Policy; and
26   30 UNKNOWN DRUG ENFORCEMENT
     ADMINISTRATION AGENTS,
27
                Defendants.
28

SF/21686784.1/0999996-2960011399                               Case No.: 03-CV-1802 JF

Stipulation and [Proposed] Order to Reschedule Case Management Conference

1         Plaintiffs and Defendants through their counsel of record stipulate to reschedule the Case

2    Management Conference set for October 13, 2006 until after the disposition of Defendants'

3    motion to dismiss Plaintiffs' First, Second, Third, Fourth and Sixth Causes of Action.

4         1.      On June 23, 2006 this court heard oral argument on Defendants' motion to

5    dismiss the Fifth Cause of Action in Plaintiffs' First Amended Complaint as well as Defendants'

6    motion to dismiss the First, Second, Third, Fourth and Sixth Causes of Action in Plaintiffs' First

7    Amended Complaint.  During the hearing, the Court indicated that it was inclined to withhold a

8    ruling on Defendants' motion to dismiss Plaintiffs' First, Second, Third, Fourth, and Sixth

9    Causes of Action pending a ruling by the United States Court of Appeals for the Ninth Circuit in

10   *Raich v. Gonzales*, No. 03-15481, which was argued on March 27, 2006.

11        2.      On July 18, 2006, this court granted in part and denied in part Defendants' motion

12   to dismiss Plaintiffs' Fifth Cause of Action.

13        3.      The parties are currently awaiting disposition of Defendants' motion to dismiss

14   the First, Second, Third, Fourth and Sixth Causes of Action.  The Parties request that the Case

15   Management Conference currently scheduled for October 13, 2006 be continued until after the

16   Court has issued its order with respect to Plaintiffs' remaining claims.

17

18

19

20

21

22

23

24

25

26

27

28

SF/21686784.1/0999996-2960011399       1       Case No. 03-CV-1802 JF

Stipulation and [Proposed] Order to Reschedule Case Management Conference

1

2      DATED:  September 28, 2006                BINGHAM McCUTCHEN LLP

3

4                                                By: __/s/_____
                                                          Frank Kennamer
5                                                     Attorneys for WAMM Plaintiffs

6      Additional Counsel:

7      Daniel Abrahamson (SBN 158668)           DRUG POLICY ALLIANCE
       Drug Policy Alliance
8      Office Of Legal Affairs
       819 Bancroft Way
9      Berkeley, CA 94710                        By: __/s/_____
       Telephone: 510.229.5212                            Daniel Abrahamson
10     Facsimile:  510.295.2810                       Attorneys for WAMM Plaintiffs

11

12     Graham Boyd (SBN 167727)                 AMERICAN CIVIL LIBERTIES UNION
       American Civil Liberties Union Foundation  FOUNDATION
13     1101 Pacific Avenue, Suite 333
       Santa Cruz, CA 95062
14     Telephone: (831) 471-9000                 By: __/s/_____
       Facsimile: (831) 471-9676                           Graham Boyd
15                                                    Attorneys for WAMM Plaintiffs

16     Allen Hopper (SBN 181678)                AMERICAN CIVIL LIBERTIES UNION
       American Civil Liberties Union Foundation  FOUNDATION
17     1101 Pacific Avenue, Suite 333
       Santa Cruz, CA 95062
18     Telephone: (831) 471-9000                 By: __/s/_____
       Facsimile: (831) 471-9676                           Allen Hopper
19                                                    Attorneys for WAMM Plaintiffs

20

21     Gerald Uelmen (SBN 39909)
       Santa Clara University School of Law      By: __/s/_____
22     500 El Camino Real                                 Gerald Uelmen
       Santa Clara, California 95053             Attorneys for County of Santa Cruz and
23     Telephone:  408.554.5729                            WAMM Plaintiffs
       Facsimile:  408.554.4426

24
       Benjamin Rice (SBN 98551)
25     331 Soquel Avenue, Suite 203             By: __/s/_____
       Santa Cruz, California 95062                       Benjamin Rice
26     Telephone: 831.425.0555                  Attorneys for County of Santa Cruz
       Facsimile: 831.459.9815                           and WAMM Plaintiffs

27

28

Stipulation and [Proposed] Order to Reschedule Case Management Conference

1   John Barisone (SBN 87831)
    333 Church Street
2   Santa Cruz, California 95060
    Telephone: 831.423.8383          By: /s/
3   Facsimile: 831.423.9401                        John Barisone
                                          Attorneys for City of Santa Cruz
4

5   DATED:  September 28, 2006        UNITED STATES ATTORNEY'S OFFICE

6

7                                     By: /s/
                                                Mark T. Quinlivan
8                                         Attorneys for Defendants

9

10

11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13  DATED:  ___10/2_____, 2006

14                                    _____
                                         Hon. Jeremy Fogel
                                         U.S. District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/21686784.1/0999996-2960011399            3              Case No. 03-CV-1802 JF

Stipulation and [Proposed] Order to Reschedule Case Management Conference