**\*\*E-filed 12/1/06\*\***

1   BINGHAM McCUTCHEN LLP
    FRANK KENNAMER (SBN 157844)
2   NEHA SHAH NISSEN (SBN 190848)
    TROY SAURO (SBN 224097)
3   RACHEL SOMMOVILLA (SBN 231529)
    Three Embarcadero Center
4   San Francisco, California  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286

6   Attorneys for WAMM Plaintiffs

7   GERALD UELMEN (SBN 39909)
    Santa Clara University School of Law
8   500 El Camino Real
    Santa Clara, California 95053
9   Telephone:  408.554.5729
    Facsimile:  408.554.4426

10
    Attorney for County of Santa Cruz
11  and WAMM Plaintiffs

12  Additional Counsel Listed on Signature Page

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN JOSE DIVISION**

16

17  COUNTY OF SANTA CRUZ, CALIFORNIA;          Case No.: 03-CV-1802 JF
    CITY OF SANTA CRUZ, CALIFORNIA;
18  VALERIE CORRAL; ELADIO V. ACOSTA;          **STIPULATION AND [PROPOSED]**
    JENNIFER LEE HENTZ; HAROLD F.              **ORDER TO RESCHEDULE CASE**
19  MARGOLIN; LEVI CASTRO; DOROTHY             **MANAGEMENT CONFERENCE**
    GIBBS; JAMES DANIEL BAEHR; MICHAEL
20  CHESLOSKY and WO/MEN'S ALLIANCE
    FOR MEDICAL MARIJUANA,
21                                             Date:      December 1, 2006
              Plaintiffs,                      Time:      10:30 a.m.
22                                             Place:     Courtroom 3, Fifth Floor
         v.                                    Judge:     Honorable Jeremy Fogel
23
    ALBERTO R. GONZALES, Attorney General of
24  the United States; KAREN P. TANDY,
    Administrator of the Drug Enforcement
25  Administration; JOHN P. WALTERS, Director of
    the Office of National Drug Control Policy; and
26  30 UNKNOWN DRUG ENFORCEMENT
    ADMINISTRATION AGENTS,
27
              Defendants.
28

SF/21694523.1/0999996-2960011399                           Case No.: 03-CV-1802 JF

Stipulation and [Proposed] Order to Reschedule Case Management Conference

1    Plaintiffs and Defendants through their counsel of record stipulate to reschedule the Case

2    Management Conference set for December 1, 2006 until after the disposition of Defendants'

3    motion to dismiss Plaintiffs' First, Second, Third, Fourth and Sixth Causes of Action.

4        1.    On June 23, 2006 this court heard oral argument on Defendants' motion to

5    dismiss the Fifth Cause of Action in Plaintiffs' First Amended Complaint as well as Defendants'

6    motion to dismiss the First, Second, Third, Fourth and Sixth Causes of Action in Plaintiffs' First

7    Amended Complaint.  During the hearing, the Court indicated that it was inclined to withhold a

8    ruling on Defendants' motion to dismiss Plaintiffs' First, Second, Third, Fourth, and Sixth

9    Causes of Action pending a ruling by the United States Court of Appeals for the Ninth Circuit in

10   *Raich v. Gonzales*, No. 03-15481, which was argued on March 27, 2006.

11       2.    On July 18, 2006, this court granted in part and denied in part Defendants' motion

12   to dismiss Plaintiffs' Fifth Cause of Action.

13       3.    The parties are currently awaiting disposition of Defendants' motion to dismiss

14   the First, Second, Third, Fourth and Sixth Causes of Action.  The Parties request that the Case

15   Management Conference currently scheduled for December 1, 2006 be continued until after the

16   Court has issued its order with respect to Plaintiffs' remaining claims.

17

18

19

20

21

22

23

24

25

26

27

28

1

2    DATED:  November 29, 2006                BINGHAM McCUTCHEN LLP

3

4                                            By: /s/

5                                                    Frank Kennamer
                                             Attorneys for WAMM Plaintiffs

6    Additional Counsel:

7    Daniel Abrahamson (SBN 158668)          DRUG POLICY ALLIANCE
     Drug Policy Alliance
8    Office Of Legal Affairs
     819 Bancroft Way
9    Berkeley, CA 94710                      By: /s/
     Telephone: 510.229.5212                         Daniel Abrahamson
10   Facsimile:  510.295.2810                Attorneys for WAMM Plaintiffs

11

12   Graham Boyd (SBN 167727)                AMERICAN CIVIL LIBERTIES UNION
     American Civil Liberties Union Foundation   FOUNDATION
13   1101 Pacific Avenue, Suite 333
     Santa Cruz, CA 95062
14   Telephone: (831) 471-9000               By: /s/
     Facsimile: (831) 471-9676                       Graham Boyd
15                                           Attorneys for WAMM Plaintiffs

16   Allen Hopper (SBN 181678)               AMERICAN CIVIL LIBERTIES UNION
     American Civil Liberties Union Foundation   FOUNDATION
17   1101 Pacific Avenue, Suite 333
     Santa Cruz, CA 95062
18   Telephone: (831) 471-9000               By: /s/
     Facsimile: (831) 471-9676                       Allen Hopper
19                                           Attorneys for WAMM Plaintiffs

20

21   Gerald Uelmen (SBN 39909)
     Santa Clara University School of Law    By: /s/
22   500 El Camino Real                              Gerald Uelmen
     Santa Clara, California 95053           Attorneys for County of Santa Cruz and
23   Telephone:  408.554.5729                         WAMM Plaintiffs
     Facsimile:  408.554.4426

24

     Benjamin Rice (SBN 98551)
25   331 Soquel Avenue, Suite 203            By: /s/
     Santa Cruz, California 95062                     Benjamin Rice
26   Telephone: 831.425.0555                 Attorneys for County of Santa Cruz
     Facsimile: 831.459.9815                          and WAMM Plaintiffs

27

28

Stipulation and [Proposed] Order to Reschedule Case Management Conference

1  John Barisone (SBN 87831)
   333 Church Street
2  Santa Cruz, California 95060
   Telephone: 831.423.8383                    By:  /s/
3  Facsimile: 831.423.9401                    _____
                                                      John Barisone
4                                              Attorneys for City of Santa Cruz

5  DATED:  November 29, 2006                   UNITED STATES ATTORNEY'S OFFICE

6
                                               By:  /s/
7                                              _____
                                                     Mark T. Quinlivan
8                                              Attorneys for Defendants

9

10

11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13  DATED:  ___12/1_____, 2006

14                                             _____
                                                     Hon. Jeremy Fogel
                                                   U.S. District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/21694523.1/0999996-2960011399          3          Case No. 03-CV-1802 JF

Stipulation and [Proposed] Order to Reschedule Case Management Conference