**E-filed 1/31/07**

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
ARTHUR R. GOLDBERG
MARK T. QUINLIVAN (D.C. BN 442782)
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Telephone: (617) 748-3606

Attorneys for Official-Capacity Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS, <br><br> Defendants. | Nos. C 03-1802 JF **CONSOLIDATED** <br> MC 02-7012 JF <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> No Hearing requested. |

    Plaintiffs and Defendants through their counsel of record stipulate to reschedule the Case Management Conference set for February 2, 2007 until after the disposition of Defendants' motion to dismiss Plaintiffs' First, Second, Third, Fourth and Sixth Causes of Action.

    1.    On June 23, 2006 this court heard oral argument on Defendants' motion to dismiss the Fifth Cause of Action in Plaintiffs' First Amended Complaint as well as Defendants' motion to dismiss the First, Second, Third, Fourth and Sixth Causes of Action in Plaintiffs' First Amended Complaint. During the hearing, the Court indicated that it was inclined to withhold a ruling on Defendants' motion to dismiss Plaintiffs' First, Second, Third, Fourth, and Sixth Causes of Action

1  pending a ruling by the United States Court of Appeals for the Ninth Circuit in <u>Raich</u> v. <u>Gonzales</u>, No. 03-15481, which was argued on March 27, 2006.

2. On July 18, 2006, this court granted in part and denied in part Defendants' motion to dismiss Plaintiffs' Fifth Cause of Action.

3. The parties are currently awaiting disposition of Defendants' motion to dismiss the First, Second, Third, Fourth and Sixth Causes of Action. The Parties request that the Case Management Conference currently scheduled for February 2, 2007 be continued until after the Court has issued its order with respect to Plaintiffs' remaining claims.

Respectfully submitted:

The Plaintiffs,                                     The Official-Capacity Defendants,

 /s/ Frank Kennamer                                  /s/ Mark T. Quinlivan
FRANK KENNAMER                                      MARK T. QUINLIVAN
NEHA NISSEN                                         Assistant U.S. Attorney
TROY SAURO                                          John Joseph Moakley U.S. Courthouse
RACHEL H. SOMMOVILLA                                1 Courthouse Way, Suite 9200
Bingham McCutchen LLP                               Boston, MA  02210
Three Embarcadero Center                            (617) 748-3606
San Francisco, CA 94111-4067
(415) 393-2000

Dated: January 30, 2007

PURSUANT TO STIPULATION, IT IS SO ORDERED

1/31/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE