**E-Filed 4/2/2007**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | Case Number C 03-01802 JF<br><br>ORDER[1] RE REQUEST FOR ADDITIONAL BRIEFING<br><br>[re: docket no. 162] |

The Court heard oral argument on Defendants's motions to dismiss Plaintiffs's First Amended Complaint on June 23, 2006. The Court indicated at that time that it was inclined to withhold a ruling pending a decision by the Ninth Circuit in *Raich v. Gonzales*, No. 03-15481, which was argued on March 27, 2006, and decided on March 14, 2007. Plaintiffs now seek to file additional briefing regarding the impact of the decision in *Raich* upon the instant action. Defendants take no position with respect to the request for additional briefing. The Court concludes that supplemental briefing may be helpful. Accordingly, the parties may submit briefs not longer than fifteen pages on or before April 18, 2007. The Court will decide at that time whether to request additional oral argument.

[1] This disposition is not designated for publication and may not be cited.

IT IS SO ORDERED.

DATED: April 2, 2007.

JEREMY FOGEL
United States District Judge

Copies of this Order have been served upon the following persons:

| | |
|---|---|
| John G. Barisone | cferris@ abc-law.com |
| Graham A. Boyd | gboyd@aclu.org |
| M. Allen Hopper | ahopper@aclu.org |
| Frank Kennamer | frank.kennamer@ bingham.com |
| Neha Shah Nissen | neha.nissen@bingham.com, troy.sauro@bingham.com |
| Mark T. Quinlivan | mark.quinlivan@usdoj.gov |
| Benjamin Terrence Rice | benjamin.rice@doj.ca.gov, DocketingSACCLS@doj.ca.gov |
| Lauri A. Schumacher | lauri.schumacher@ bingham.com, |
| Rachel Hannah Sommovilla | rachel.sommovilla@bingham.com, shirlyn.kim@bingham.com |

Notice will be delivered by other means to:

Daniel Abrahamson
Drug Policy Alliance
Office of Legal Affairs
717 Washington Street
Oakland, CA 94607

Judith Appel
Drug Policy Alliance
Office of Legal Affairs
717 Washington Street
Oakland, CA 94607

Troy Sauro
Bingham McCutchen LLP
Thee Embarcadero Center
San Francisco, Ca 94111-4067

Gerald Uelmen
Santa Clara University Law School
500 El Camino Real

Santa Clara, CA 95053

Adam B. Wolf
American Civil Liberties Union
Drug Law Reform Project
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 95060