**E-Filed 4/23/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALBERTO GONZALES, et al.,<br><br>　　　　　　　Defendants. | Case Number C 03-1802 JF<br><br>ORDER[1] RE ORAL ARGUMENT<br><br>[re: docket nos. 164, 165] |

　　　Having reviewed the arguments presented to the Court in the supplemental briefing filed by the parties on April 18, 2007, the Court concludes that oral argument is appropriate. Accordingly, the Court requests that the parties appear for a hearing on June 15, 2007, at 9.00 a.m.

IT IS SO ORDERED.

DATED: April 23, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-1802 JF
ORDER RE ORAL ARGUMENT
(JFLC1)

1  This Order has been served upon the following persons:

2  John G. Barisone           cferris@abc-law.com

3  Graham A. Boyd             gboyd@aclu.org

4  M. Allen Hopper            ahopper@aclu.org

5  Frank Burke Kennamer       frank.kennamer@bingham.com

6  Neha Shah Nissen           neha.nissen@bingham.com, troy.sauro@bingham.com

7  Mark T. Quinlivan          mark.quinlivan@usdoj.gov

8  Benjamin Terrence Rice     benjamin.rice@doj.ca.gov,
                              DocketingSACCLS@doj.ca.gov
9
   Lauri A. Schumacher        lauri.schumacher@bingham.com,
10
   Rachel Hannah Sommovilla   rachel.sommovilla@bingham.com,
11                            shirlyn.kim@bingham.com

12 Notice will be delivered by other means to:

13 Daniel Abrahamson
   Drug Policy Alliance
14 Office of Legal Affairs
   717 Washington Street
15 Oakland, CA 94607

16 Judith Appel
   Drug Policy Alliance
17 Office of Legal Affairs
   717 Washington Street
18 Oakland, CA 94607

19 Troy Sauro
   Bingham McCutchen LLP
20 Thee Embarcadero Center
   San Francisco, Ca 94111-4067
21
   Gerald Uelmen
22 Santa Clara University Law School
   500 El Camino Real
23 Santa Clara, CA 95053

24 Adam B. Wolf
   American Civil Liberties Union
25 Drug Law Reform Project
   1101 Pacific Avenue, Suite 333
26 Santa Cruz, CA 95060

27

28

2

Case No. C 03-1802 JF
ORDER RE ORAL ARGUMENT
(JFLC1)