<pre>
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ARTHUR R. GOLDBERG
MARK T. QUINLIVAN (D.C. BN 442782)
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     Telephone: (617) 748-3606
</pre>

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy,<br><br>   Defendants. | Nos.  C 03-1802 JF   **CONSOLIDATED**<br>         MC 02-7012 JF<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING**<br><br><br>No Hearing requested. |

On April 23, 2007, this Court entered an Order re: Oral Argument scheduling a hearing in these consolidated actions for **June 15, 2007, at 9:00 a.m.**. Counsel for both the plaintiffs and defendants unfortunately are unavailable on this date due to other commitments. Accordingly, after ascertaining available hearing dates with this Court's calendar clerk, the parties have conferred and hereby jointly stipulate to continue the hearing until **July 13, 2007, at 9:00 a.m.**

Respectfully submitted:

The Plaintiffs,                                              The Defendants,

/s/ Frank Kennamer                                           /s/ Mark T. Quinlivan
FRANK KENNAMER                                               MARK T. QUINLIVAN
TROY SAURO                                                   Assistant U.S. Attorney
RENA THIAGARAJAN                                             John Joseph Moakley U.S. Courthouse
AMY KEATING                                                  1 Courthouse Way, Suite 9200
Bingham McCutchen LLP                                        Boston, MA  02210
Three Embarcadero Center                                     (617) 748-3606
San Francisco, CA 94111-4067
(415) 393-2000

Dated: May 8, 2007

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Dated:   5/11/07