| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>FRANK KENNAMER (SBN 157844)<br>TROY SAURO (SBN 224097)<br>AMY KEATING (SBN 244924)<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br><br>Attorneys for WAMM Plaintiffs<br><br>GERALD UELMEN (SBN 39909)<br>Santa Clara University School of Law<br>500 El Camino Real<br>Santa Clara, California 95053<br>Telephone:  408.554.5729<br>Facsimile:  408.554.4426<br><br>Attorney for County of Santa Cruz<br>and WAMM Plaintiffs<br><br>Additional Counsel Listed on Signature Page | **E-filed 9/28/07** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, CALIFORNIA; CITY OF SANTA CRUZ, CALIFORNIA; VALERIE CORRAL; ELADIO V. ACOSTA; JENNIFER LEE HENTZ; HAROLD F. MARGOLIN; LEVI CASTRO; DOROTHY GIBBS; JAMES DANIEL BAEHR; MICHAEL CHESLOSKY and WO/MEN'S ALLIANCE FOR MEDICAL MARIJUANA,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States; KAREN P. TANDY, Administrator of the Drug Enforcement Administration; JOHN P. WALTERS, Director of the Office of National Drug Control Policy; and 30 UNKNOWN DRUG ENFORCEMENT ADMINISTRATION AGENTS,<br><br>          Defendants. | Case No.: 03-CV-1802 JF<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br> No Hearing Requested |

1  Plaintiffs and Defendants, through their counsel of record, stipulate as follows:

2      On July 18, 2006, this Court issued an Order Granting in Part and Denying in Part
3  Defendants' Motion to Dismiss Plaintiffs' Fifth Claim for Relief, which required Plaintiffs to
4  amend the Fifth Claim.  (Docket No. 153). The Order further provided that the time in which to
5  amend would begin to run upon a ruling on Defendants' motion to dismiss the remaining claims.

6      On August 30, 2007, this Court issued an Order Granting Defendants' Motion to Dismiss,
7  with Leave to Amend in Part.  (Docket No. 170).  Currently, pursuant to that Order, Plaintiffs
8  must file a Second Amended Complaint ("SAC") by October 1, 2007.

9      Plaintiffs hereby request that the Court enter an Order extending Plaintiffs' time to file
10 the SAC to November 28, 2007, due to Plaintiffs' need to gather additional facts in support of
11 the SAC and time sensitive commitments in other cases, including Mr. Boyd being out of the
12 office for several weeks in September and October.

13     Defendants do not oppose Plaintiffs' request.

14

15 DATED:  September 26, 2007            By BINGHAM McCUTCHEN LLP

16

17                                       By: /s/           Frank Kennamer
18                                              Frank Kennamer
                                              Attorneys for Plaintiffs

19 DATED:  September 26, 2007            By UNITED STATES ATTORNEY'S OFFICE
20
21                                       By:  /s/          Mark T. Quinlivan
                                              Mark T. Quinlivan
22                                            Attorneys for Defendants

23

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED:  __September 28___, 2007
26                                       _____
                                         Hon. Jeremy Fogel
27                                       U.S. District Court Judge

28