1   JEFFREY S. BUCHOLTZ
     Acting Assistant Attorney General
2   JOSEPH P. RUSSONIELLO
     United States Attorney
3   ARTHUR R. GOLDBERG
     MARK T. QUINLIVAN (D.C. BN 442782)
4        Assistant U.S. Attorney
         John Joseph Moakley U.S. Courthouse
5        1 Courthouse Way, Suite 9200
        Boston, MA 02210
6        Telephone: (617) 748-3606

7   Attorneys for Defendants

8

              **UNITED STATES DISTRICT COURT**
       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                  **SAN JOSE DIVISION**

| | |
|---|---|
| 10   COUNTY OF SANTA CRUZ, et al., | No. C 03-1802 JF |
| 11         Plaintiffs, | |
| 12       v. | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| 13   MICHAEL B. MUKASEY, | **AND HEARING DATE** |
|      Attorney General of the United States; | |
| 14   of the United States; MICHELE | |
|      LEONHART, Acting Administrator of | |
| 15   the Drug Enforcement Administration; | |
|      JOHN P. WALTERS, Director of the | |
| 16   Office of National Drug Control Policy, | |
| 17         Defendants. | |

18

19       Plaintiffs, by and through their undersigned counsel, and Defendants, by and through their

20   undersigned counsel, hereby stipulate to the following briefing and hearing schedule regarding

21   Defendants' intention to file a motion to dismiss the Third and Fifth Causes set forth in Plaintiff's

22   Second Amended Complaint.

23       1. Defendants shall file a motion to dismiss the Third and Fifth Causes of Action in

24   Plaintiff's Second Amended Complaint on or before **January 25, 2008**;

25       2. Plaintiffs shall file an opposition on or before **February 29, 2008**;

26       3. Defendants shall file a reply, if any, on or before **March 14, 2008**;

27       4. Plaintiffs shall file a sur-reply, if any, on or before **March 28, 2008**

28

5. A hearing on Defendants' motion to dismiss shall be heard on **April 25, 2008**, at 9:00 a.m., or at a time to be determined by the Court.

Respectfully submitted:

The Plaintiffs,                              The Defendants,

/s/ Mark T. Quinlivan

ALLEN HOPPER                                 MARK T. QUINLIVAN
American Civil Liberties Union Foundation    Assistant U.S. Attorney
1101 Pacific Avenue, Suite 553               John Joseph Moakley U.S. Courthouse
Santa Cruz, CA 95060                         1 Courthouse Way, Suite 9200
(831) 471-9000                               Boston, MA  02210
                                             (617) 748-3606

Dated: January 17, 2008

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  1/24/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE