**E-Filed   8/28/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>ALBERTO GONZALES, Attorney General of the United States, et al.,<br><br>              Defendants. | Case Number C 03-01802 JF<br><br>ORDER[1] DENYING MOTION TO FILE AMICUS CURIAE BRIEF |

Carl Olson ("Olson") moves for leave to file an *amicus curiae* brief in this action. Olson seeks to assert a claim pursuant to 21 U.S.C. § 903 challenging the classification of marijuana as a Schedule 1 controlled substance. He explains that he currently is asserting this claim in the Eighth Circuit and that he has a petition pending with the United States Drug Enforcement Administration.

District courts have broad discretion to appoint *amici curiae*. *Hoptowit v. Ray*, 682 F.2d 1237 (9th Cir. 1982). Although the issue identified in Olson's brief relates generally to the subject matter of the instant case, it raises factual and legal issues entirely distinct from those that have been litigated by the parties in this five-year-old litigation. Accordingly, the request to file an *amicus curiae* brief is DENIED.

DATED:   August 28, 2008

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 03-1802 JF
ORDER DENYING MOTION TO FILE AMICUS CURIAE BRIEF
(JFLC1)

Copies of this Order have been served upon the following persons:

| | |
|---|---|
| Daniel Nathan Abrahamson | dabrahamson@drugpolicy.org, drobelo@drugpolicy.org |
| John G. Barisone | cferris@abc-law.com |
| Graham A. Boyd | gboyd@aclu.org |
| M. Allen Hopper | ahopper@aclu.org |
| Frank Burke Kennamer | frank.kennamer@bingham.com |
| Neha Shah Nissen | neha.nissen@bingham.com, troy.sauro@bingham.com |
| Mark T. Quinlivan | mark.quinlivan@usdoj.gov |
| Benjamin Terrence Rice | benjamin.rice@doj.ca.gov, DocketingSACCLS@doj.ca.gov |
| Lauri A. Schumacher | lauri.schumacher@bingham.com |
| Rachel Hannah Sommovilla | invalidaddress@invalidaddress.com |

Notice has been delivered by other means to:

Judith Appel
Drug Policy Alliance
Office of Legal Affairs
717 Washington Street
Oakland, CA 94607

Troy Sauro
Bingham McCutchen LLP
Thee Embarcadero Center
San Francisco, Ca 94111-4067

Gerald Uelmen
Santa Clara University Law School
500 El Camino Real
Santa Clara, CA 95053

Adam B. Wolf
American Civil Liberties Union
Drug Law Reform Project
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 95060

2
Case No. C 03-1802 JF
ORDER GRANTING IN PART AND DENYING IN PART  DEFENDANTS' MOTION TO DISMISS
(JFLC1)