1  GREGORY G. KATSAS
   Acting Attorney General
2  JOSEPH P. RUSSONIELLO
   United States Attorney
3  ARTHUR R. GOLDBERG
   MARK T. QUINLIVAN (D.C. BN 442782)
4       Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
5       1 Courthouse Way, Suite 9200
        Boston, MA 02210
6       Telephone: (617) 748-3606

7  Attorneys for Official-Capacity Defendants

8               UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10  COUNTY OF SANTA CRUZ, et al.,        )     Nos.  C 03-1802 JF
                                         )
11               Plaintiffs,             )
                                         )
12       v.                              )     **STIPULATION AND ORDER**
                                         )     **EXTENDING TIME TO FILE**
13  MICHAEL B. MUKASEY,                  )     **DEFENDANTS' ANSWER**
    Attorney General of the United States; )
14  of the United States; MICHELE       )
    LEONHART, Acting Administrator of    )
15  the Drug Enforcement Administration; )     No Hearing requested.
    JOHN P. WALTERS, Director of the     )
16  Office of National Drug Control Policy )
                                         )
17               Defendants.             )
                                         )
18  _____  )

19       The parties in the above-captioned action hereby stipulate as follows:

20       1.  On August 20, 2008, this Court granted in part and denied in part defendants' motion to

21  dismiss plaintiffs' Third and Fifth Causes of Action, and ordered that defendants filed an answer

22  within 30 days.  Defendants' answer currently is due on September 19, 2008.

23       2.  Defendants need additional time to complete their answer.  Among other matters, the

24  undersigned Assistant U.S. Attorney has recently been occupied handling the following matters:

25       (a)     Drafting and filing the government's brief in In re Grand Jury, No.
26               08-0880, which was filed in the First Circuit on September 2, 2008;

27       (b)     Presenting oral argument before the First Circuit in United States v.
28               Karen Sicher, No. 07-2414, on September 8, 2008;

(c)     Reviewing the government's brief in <u>United States</u> v. <u>Ronald Evano</u>, No. 07-2605, which was filed in the First Circuit on September 10, 2008;

(d)     Reviewing the government's brief in <u>United States</u> v. <u>William Olivero</u>, No. 07-1587, which was filed in the First Circuit on September 15, 2008;

(e)     Presenting oral argument before the U.S. District Court for the District of Massachusetts in <u>United States</u> v. <u>Steven B. Wilkinson</u>, Civil Action No. 07-12061 MLW, regarding the constitutionality of the Adam Walsh Child Protection and Safety Act of 2006, codified at 18 U.S.C. § 4248, on September 15, 2008.

The undersigned Assistant U.S. Attorney will be out of the office on travel on September 18 and 19, 2008.

3.   Defendants therefore request that the Court allow them an additional week, through September 26, 2008, in which to file their answer.  Plaintiffs do not oppose this request.

4.   Defendants also anticipate filing a motion for reconsideration or, in the alternative, to certify an interocutory appeal under 28 U.S.C. § 1292(b) and for a stay of discovery, and are discussing with counsel for the plaintiffs a schedule to propose to the Court.

WHEREFORE, defendants respectfully request that this request be granted.

1

2                                                    Respectfully submitted:

3   The Plaintiffs,                                   The Defendants,

4

5    /s/ Allen Hopper                                  /s/ Mark T. Quinlivan
    ALLEN HOPPER                                      MARK T. QUINLIVAN
6   American Civil Liberties Union Foundation         Assistant U.S. Attorney
    1101 Pacific Avenue, Suite 553                    John Joseph Moakley U.S. Courthouse
7   Santa Cruz, CA 95062                              1 Courthouse Way, Suite 9200
    (831) 471-8000                                    Boston, MA  02210
8                                                     (617) 748-3606

9
    Dated: September 17, 2008
10

11

12
                   PURSUANT TO STIPULATION, IT IS SO ORDERED
13

14

15
                    _____
16                            JEREMY FOGEL
                       UNITED STATES DISTRICT JUDGE
17
    Dated:  9/24/08
18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Extending Time to File Defendants' Answer
Nos. C 03-1802 JF                         - 3 -