TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
MARK T. QUINLIVAN (D.C. BN 442782)
Assistant U.S. Attorney
John Joseph Mackle U.S Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3606
e-mail: mark.quinlivan@usdoj.gov

JOEL McELVAIN (SBN 257736)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6645
e-mail: joel.mcelvain@usdoj.gov

Attorneys for Defendants

**E-Filed 10/28/2009**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| **COUNTY OF SANTA CRUZ**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ERIC H. HOLDER, JR.**, <br> Attorney General of the United States; <br> **MICHELE LEONHART**, <br> Acting Administrator of the <br> Drug Enforcement Administration; and <br> **R. GIL KERLIKOWSKE**, <br> Director of the Office of <br> National Drug Control Policy, <br><br> Defendants. | Civil Action No. 03-1802 JF <br><br> ORDER APPROVING **JOINT STIPULATION TO CONVERT SETTLEMENT CONFERENCE TO A CASE MANAGEMENT CONFERENCE** <br><br> Date: October 30, 2009 <br> Time: 11:00 a.m. <br> Courtroom 3, 5th Floor <br> Hon. Jeremy Fogel |

The parties hereby jointly stipulate that the settlement conference, scheduled for October 30, 2009, at 11:00 a.m., should be converted to a case management conference. In view of the clarification and guidance issued by the Department of Justice on October, 19, 2009, the parties believe that a case management conference is in order and that a settlement conference would not be productive at this time. The parties therefore request that this Court convert the settlement conference to a case management conference. The parties also request that their respective lead counsels be allowed to participate in the case management conference by telephone, as has been previously allowed.

Respectfully submitted,

FOR THE PLAINTIFFS

/s/ Graham Boyd
GRAHAM BOYD
American Civil Liberties Union Foundation
1101 Pacific Avenue, Suite 333
Santa Cruz, CA 95062
(831) 471-9000
e-mail: gboyad@aclu.org

FOR THE DEFENDANTS

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3606
e-mail: mark.quinlivan@usdoj.gov

Dated: October 26, 2009

PURSUANT TO STIPULATION IT IS SO ORDERED

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Dated: October 28, 2009