**E-Filed 11/17/2009**

TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
MARK T. QUINLIVAN (D.C. BN 442782)
Assistant U.S. Attorney
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3606

JOEL McELVAIN (SBN 257736)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| **COUNTY OF SANTA CRUZ**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ERIC H. HOLDER, JR.**, ) <br> Attorney General of the United States; ) <br> **MICHELE LEONHART**, ) <br> Acting Administrator of the ) <br> Drug Enforcement Administration; and ) <br> **R. GIL KERLIKOWSKE**, ) <br> Director of the Office of ) <br> National Drug Control Policy, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 03-1802 JF <br><br> **ORDER APPROVING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:  None Set <br> Time:  None Set |

Pursuant to Local Rule 7-12, the parties hereby jointly stipulate to continue for two weeks the case management conference in this case scheduled for November 20, 2009.  As grounds therefor, plaintiffs state that they need additional time to consult with their clients regarding the matters raised during the most recent case management conference, and defendants state that their

1  lead counsel has been out of the office for the past two weeks as his wife is recovering from surgery.
2  The parties therefore request that this Court continue the case management conference for two
3  weeks, at a date and time that is convenient for the Court.
4      WHEREFORE, for the foregoing reasons, and with good cause having been shown, the
5  parties respectfully request that this Court continue for two weeks the case management conference
6  scheduled for November 20, 2009, at 10:30 a.m., at a date and time that is convenient for the Court.

                                Respectfully submitted,

| FOR THE PLAINTIFFS | FOR THE DEFENDANTS |
|---|---|
| /s/ Allen Hopper | /s/ Mark T. Quinlivan |
| ALLEN HOPPER | MARK T. QUINLIVAN |
| American Civil Liberties Union Foundation | Assistant U.S. Attorney |
| 1101 Pacific Avenue, Suite 333 | John Joseph Moakley U.S. Courthouse |
| Santa Cruz, CA 95062 | 1 Courthouse Way, Suite 9200 |
| (831) 471-9000 | Boston, MA 02210 |
| e-mail: ahopper@aclu.org | (617) 748-3606 |
| | e-mail: mark.quinlivan@usdoj.gov |

PURSUANT TO STIPULATION IT IS SO ORDERED:

The Case Management Conference Is Rescheduled

For December __4__, 2009, at __10:30__.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE