TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
MARK T. QUINLIVAN (D.C. BN 442782)
Assistant U.S. Attorney
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3606

JOEL McELVAIN (SBN 257736)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645

Attorneys for Defendants

**E-Filed 12/3/2009**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

**COUNTY OF SANTA CRUZ**, *et al.,*

    Plaintiffs,

    v.

**ERIC H. HOLDER, JR.**,
Attorney General of the United States;
**MICHELE LEONHART**,
Acting Administrator of the
Drug Enforcement Administration; and
**R. GIL KERLIKOWSKE**,
Director of the Office of
National Drug Control Policy,

    Defendants.

Civil Action No. 03-1802 JF

**ORDER GRANTING CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Date: None Set
Time: None Set

Pursuant to Local Rule 7-11, defendants hereby move to continue by two weeks the case management conference in this case scheduled for December 4, 2009, at 10:30 a.m. In support thereof, defendants state that plaintiffs have circulated draft language regarding a stipulated dismissal without prejudice and that, although defendants are close to circulating draft language in response,

that language must be reviewed by the General Counsel of the Office of National Drug Control Policy, who is out of the office this week on official travel.  The parties therefore do not have any additional information to report to the Court at this time.  The undersigned has corresponded with Allen Hopper, Esq., co-counsel for the plaintiffs, who does not object to this request.

WHEREFORE, for the foregoing reasons, and with good cause having been shown, the parties respectfully request that this Court continue the case management conference scheduled for December 4, 2009, at 10:30 a.m., for two weeks, ~~at a date and time that is convenient for the Court~~ to December 18, 2009 at 10:30 a.m.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel: (617) 748-3606
e-mail: mark.quinlivan@usdoj.gov

JOEL McELVAIN (SBN 257736)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Tel: (415) 436-6645

Dated: December 3, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, I served a copy of this motion on counsel for the plaintiffs, Allen Hopper, Esq., by electronic mail..

 /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney

IT IS SO ORDERED.
Dated:  12/3/2009

JEREMY FOGEL
United States District Judge