1   TONY WEST
    Assistant Attorney General                          **E-Filed 12/3/2009**
2   JOSEPH P. RUSSONIELLO
    United States Attorney
3   ARTHUR R. GOLDBERG
    Assistant Branch Director
4   MARK T. QUINLIVAN (D.C. BN 442782)
    Assistant U.S. Attorney
5   John Joseph Moakley U.S Courthouse
    1 Courthouse Way, Suite 9200
6   Boston, MA 02210
    Telephone: (617) 748-3606
7
8   JOEL McELVAIN (SBN 257736)
    Attorney
9   U.S. Department of Justice
    Civil Division, Federal Programs Branch
10  450 Golden Gate Ave., Room 7-5395
    San Francisco, CA 94102
11  Telephone:   (415) 436-6645

12  Attorneys for Defendants

13              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                    (SAN JOSE DIVISION)

15  COUNTY OF SANTA CRUZ, *et al.,*       )
                                          )
16              Plaintiffs,               )   Civil Action No. 03-1802 JF
                                          )
17              v.                        )
                                          )   ORDER GRANTING
18  ERIC H. HOLDER, JR.,                  )   CONSENT MOTION TO
    Attorney General of the United States; )  CONTINUE CASE MANAGEMENT
19  MICHÉLE LEONHART,                     )   CONFERENCE
    Acting Administrator of the           )
20  Drug Enforcement Administration; and  )
    R. GIL KERLIKOWSKE,                   )
21  Director of the Office of             )   Date:  None Set
    National Drug Control Policy,         )   Time:  None Set
22                                        )
                Defendants.               )
23  _____)

24          Pursuant to Local Rule 7-11, defendants hereby move to continue by two weeks the case

25  management conference in this case scheduled for December 4, 2009, at 10:30 a.m.  In support

26  thereof, defendants state that plaintiffs have circulated draft language regarding a stipulated dismissal

27  without prejudice and that, although defendants are close to circulating draft language in response,

28

that language must be reviewed by the General Counsel of the Office of National Drug Control

Policy, who is out of the office this week on official travel.  The parties therefore do not have any

additional information to report to the Court at this time.  The undersigned has corresponded with

Allen Hopper, Esq., co-counsel for the plaintiffs, who does not object to this request.

WHEREFORE, for the foregoing reasons, and with good cause having been shown, the

parties respectfully request that this Court continue the case management conference scheduled for

to December 18, 2009 at 10:30 a.m.

December 4, 2009, at 10:30 a.m., for two weeks, ~~at a date and time that is convenient for the Court~~

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel: (617) 748-3606
e-mail: mark.quinlivan@usdoj.gov

JOEL McELVAIN (SBN 257736)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Tel: (415) 436-6645

Dated: December 3, 2009

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, I served a copy of this motion on counsel for the
plaintiffs, Allen Hopper, Esq., by electronic mail..
.

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney

IT IS SO ORDERED.
Dated:  12/3/2009

JEREMY FOGEL
United States District Judge

Consent Motion to Continue Case Management Conference
Civil Action No. 03-1802 JF

- 2 -